**SO ORDERED: March 28, 2005.**



_____
**Anthony J. Metz III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| Frankfort Tower Industries, Inc., *et al.* [1] | ) | Case No.: 03-17287 |
| (f/k/a ROHN Industries, Inc., *et al.*), | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| Frankfort Tower Industries, Inc., *et al.*, | ) | Adv. Pro. No.: 04-0450 |
| As Debtors-In-Possession, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| -v- | ) | |
| | ) | |
| Spectral Infrastructure and Energy Systems, Ltd., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT</u>**

---

[1] The Debtors are the following entities: Frankfort Tower Industries, Inc., Frankfort Tower Installation Services, Inc., Frankfort Tower Enclosures, Inc., Frankfort Tower, Inc., Frankfort Tower Products, Inc., Frankfort Tower Construction, Inc., formerly known as Rohn Industries, Inc., Rohn Installation Services, Inc., Rohn Enclosures, Inc., Rohn, Inc., Rohn Products, Inc., Rohn Construction, Inc.

This matter comes before the Court on the *Motion for Summary Judgment, Designation of Evidence in Support of Motion for Summary Judgment, and Notice to Pro Se Litigant* [Docket No. 10] (the "Motion") and the Memorandum in Support of the Motion for Summary Judgment Against Spectral Infrastructure and Energy Systems, Ltd. [Docket No. 11] (the "Memorandum") filed herein by Plaintiffs, Frankfort Tower Industries, Inc., et al., Debtors and Debtors-in-Possession herein (the "Debtors" or "Plaintiffs") on December 9, 2004.  The Court, having considered the Motion, the Memorandum, and having conducted a hearing thereon on March 24, 2005, at which the Defendant failed to appear, hereby finds as follows:

1. Service of the Complaint and Summons was properly made upon the Defendant pursuant to the requirements of Rule 7004(f) of the Federal Rules of Bankruptcy Procedure and Rule 4(h)(1) of the Federal Rules of Civil Procedure.

2. The Defendant did business with the Debtors prior to the Petition Date.

3. The Debtors made a transfer by check of an interest in property of the Debtors in an aggregate amount not less than $76,688.40 (the "Transfer") directly to or for the benefit of the Defendant on or within 90 days before the Petition Date (the "Preference Period").

4. At the time of the Transfer, the Defendant was a creditor of the Debtors within the meaning of 11 U.S.C. § 101(10)(A).

5. The Transfer either reduced or fully satisfied a debt then owed by the Debtors to the Defendant, and therefore, was to or for the benefit of a creditor within the meaning of 11 U.S.C. § 547(b)(1).

6. The Transfer was on account of a debt obligation for which one or all of the Debtors were legally bound to pay before the Transfer was made, and therefore, was made on account of an antecedent debt.

7.  The Debtors were insolvent throughout the Preference Period within the meaning of the Bankruptcy Code.

8.  The Transfer enabled the Defendant to receive more than it would have received in a case under Chapter 7 of the Bankruptcy Code if the Transfer had not been made.

9.  Pursuant to 11 U.S.C. § 547(b), the Transfer is avoidable as a preferential transfer.

10. Pursuant to 11 U.S.C. § 550(a)(1), the Transfer, to the extent that it is avoided under 11 U.S.C. § 547, may be recovered by the Debtors.

11. The Defendant is liable to the Debtors for the preferential Transfer made to it on and during the Preference Period in an amount not less than $76,688.40.

12. All conditions precedent to the bringing of this action have been performed, have occurred, or have been excused.

WHEREFORE, it is ORDERED, ADJUDGED, and DECREED that Judgment is hereby entered, in favor of Plaintiffs, Frankfort Tower Industries, Inc., et al., Debtors and Debtors-in-Possession herein, and against Defendant, Spectral Infrastructure and Energy Systems, Ltd., in the principal amount of Seventy-Six Thousand Six Hundred Eighty-Eight and 40/100 Dollars ($76,688.40), together with costs in the amount of One Hundred Fifty and 00/100 Dollars ($150.00).

###

Niquelle Allen
ICE MILLER
One American Square
Box 82001
Indianapolis, Indiana 46282-0200
(317) 236-2326 Telephone
(317) 592-4226 Facsimile
Niquelle.Allen@icemiller.com

**DISTRIBUTION TO:**

Ben T. Caughey
Niquelle Allen
ICE MILLER
One American Square
Box 82001
Indianapolis, Indiana 46282-0200

Office of the United States Trustee
101 West Ohio Street, Suite 1000
Indianapolis, Indiana  46204

Spectral Infrastructure and Energy Systems, Ltd.
c/o Mr. David Pitt, its registered agent
7251 Copenhagen Road, Suite #75
Meadowvale, Ontario   L5N-2H6
CANADA